Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Mississippi__
__Southern__ Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 20 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Portia Sheree' Pittman aka Mary Pittman, Heir & Executor-in-Fact to the Estates of Sylvester Pittman and James Eugene Pittman Sr.

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Harrison County, MS, (See List)

-v-

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __1:25cv199 LG-BWR__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Portia Sheree' Pittman aka Maru Pittman
Address: 4537 Rose Ridge Pl apt 4
Charlotte, NC 28217
*City* *State* *Zip Code*
County: Mecklenburg
Telephone Number: 504.679.4829
E-Mail Address: pittmanaitrop@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Harrison County, MS
Job or Title: Municipal government entity
Address: 1801 23rd Ave / 730 Dr. Martin Luther King Jr Blvd
Gulfport/Biloxi, MS 39501/39530
*City* *State* *Zip Code*
County: Harrison
Telephone Number: 228.865.4036
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Angela Thrash
Job or Title: Chief Duty Clerk
Address: 1801 23rd Ave.
Gulfport, MS 39501
*City* *State* *Zip Code*
County: Harrison
Telephone Number: 228.865.4113
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Alvin Chase
Job or Title (if known): Probate Attorney
Address: 10345 D'Iberville Blvd.
City: D'Iberville   State: MS   Zip Code: 39540
County: Harrison
Telephone Number: 228.396.3300
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Teresa L Martin aka Ethel Augustine aka Ethel Pittmann
Job or Title (if known): Fraudulent Heir
Address: 245 Lee Street / 546 Peyton Dr.
City: Biloxi   State: MS   Zip Code: 39530
County: Harrison
Telephone Number: 228.697.8581
E-Mail Address (if known):

☒ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment - Defendants acting undercolor of law depriving minorities life, liberty, & property without due process of law  42 USC 1985 - Conspiracy to interfere
1st Amendment - Retaliation against Protected activity  18 USC 1341, 18 USC 1519, 18 USC 241
4th Amendment, 5th Amendment, 18 USC 242, 18 USC 1961-1968 = RICO

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5
- Name: Lesley Sefton
- Job or Title (if known): Chancery Court Clerk Supervisor
- Street Address: 1801 23rd Ave.
- City and County: Gulfport, Harrison
- State and Zip Code: Mississippi, 39501
- Telephone Number: 228.865.4095
- E-mail Address (if known): lsefton@co.harrison.ms.us

Defendant No. 6
- Name: Janice Carter
- Job or Title (if known): Internal Probate Division
- Street Address: 1801 23rd Ave.
- City and County: Gulfport Harrison
- State and Zip Code: Mississippi, 39501
- Telephone Number:
- E-mail Address (if known):

Defendant No. 7
- Name: Tracy D. Thompson
- Job or Title (if known): Chancery deputy clerk
- Street Address: 1801 23rd Ave.
- City and County: Gulfport Harrison
- State and Zip Code: Mississippi, 39501
- Telephone Number: 228.865.4036
- E-mail Address (if known):

Defendant No. 8
- Name: Derrick Fields
- Job or Title (if known): Supervisor in record division
- Street Address: 1803 23rd Ave.
- City and County: Gulfport Harrison
- State and Zip Code: MS. 39501
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 9

    Name: Clinton L. Morris, aka CL aka Cee

    Job or Title (if known): Realtor (Florida)

    Street Address: TBA (e.g. "good faith attempt to locate physical address made")

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 10

    Name: John & Jane Does

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No.

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No.

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I can't be cocern if the SO is involved, but the others, "They" are operating as if they are the new Dixie Mafia, Aaron a security officer, they mingle with and has been to record office with the red label files. Has hate group tattoo. attach

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Gulfport and Biloxi, Harrison County, Mississippi.

B. What date and approximate time did the events giving rise to your claim(s) occur? 2010 to currently, after my father passed they deleted a permanent state record the Homestead, I have my copy.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* It so much I have uncovered I have attach paper explaining most

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.  *attached*

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.  *attached*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 20, 2025 @ 8:29 AM

Signature of Plaintiff: Portia Sheree' Pittman "Mary"
Printed Name of Plaintiff: Portia Sheree' Pittman "Mary"

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*    *State*    *Zip Code*

Telephone Number: 504.679.4229
E-mail Address: pillmanaitrop@gmail.com

## II. Basis for Jurisdiction

### B. I. FEDERAL CONSTITUTIONAL VIOLATIONS (under 42 U.S.C. § 1983)

1. **Fourteenth Amendment – Due Process and Equal Protection Violations**

   - Defendants, acting under color of state law, deprived the Plaintiff of life, liberty, or property without due process of law, and engaged in racially discriminatory practices that violated the Equal Protection Clause.
   - Examples: Suppression of estate documents, fraudulent reassignment of property, and denial of proper judicial access based on race or status.

2. **First Amendment – Retaliation Against Protected Activity**

   - Plaintiff's efforts to report misconduct and file official complaints triggered retaliatory actions by state actors, violating her right to petition the government and speak freely about public corruption.

3. **Fourth Amendment – Unreasonable Seizure of Property**

   - Government actors and their agents improperly seized, transferred, or concealed rightful ownership of estate assets without proper warrant, notice, or legal process.

4. **Fifth Amendment – Takings Clause (as incorporated by the Fourteenth)**

   - Plaintiff was deprived of real and personal property for public or private use without just compensation or adjudication.

### II. FEDERAL STATUTORY VIOLATIONS

1. **18 U.S.C. § 1341 – Mail Fraud**

   - Estate-related communications, including falsified affidavits, property deeds, and probate notices, were intentionally sent or concealed through the U.S. mail system as part of a broader scheme to defraud the Plaintiff and heirs.

2. **18 U.S.C. § 1519 – Destruction, Alteration, or Falsification of Records**

   - Red-labeled estate files were either destroyed, hidden, or altered to obstruct investigations, violate civil rights, and conceal financial or racial misconduct within the probate system.

3. **18 U.S.C. § 241 – Conspiracy Against Rights**

   - Defendants conspired to injure, oppress, threaten, or intimidate the Plaintiff (and similarly situated heirs) in the free exercise of her constitutional rights—including the right to inherit property, petition the court, and receive equal treatment under law.

4. **18 U.S.C. § 242 – Deprivation of Rights Under Color of Law**

   - Government officials willfully participated in or allowed illegal property takings, judicial obstruction, and discriminatory treatment in violation of federal protections.

5. **18 U.S.C. § 1961–1968 – Racketeer Influenced and Corrupt Organizations Act (RICO)**

- The pattern of estate fraud, probate obstruction, file suppression, and misrepresentation of legal heirs is consistent with racketeering activity. Defendants used positions of authority to further an enterprise involving theft, wire/mail fraud, and document tampering

## COUNT II – Conspiracy to Interfere with Civil Rights
## (42 U.S.C. § 1985)

Defendants, acting individually and in concert, engaged in a conspiracy to interfere with Plaintiff's civil rights by concealing or destroying estate and probate documents, intentionally misdirecting filings, and retaliating against Plaintiff's efforts to assert rightful claims.

Such actions were motivated by discriminatory animus, obstructed justice, and deprived the Plaintiff and similarly situated heirs of equal protection under the law. This conduct constitutes a violation of 42 U.S.C. § 1985(2) and (3).

## III. MISSISSIPPI STATE LAW VIOLATIONS

1. **Miss. Code Title 91 – Estates, Trusts, and Fiduciary Relationships**

   - Violations of proper probate procedures, unlawful title transfers, breach of fiduciary duty by court clerks and estate handlers.

2. **Miss. Code § 25-1-113 et seq. – Tampering with Public Records**

   - Clerks and government agents altered or failed to preserve estate records in direct violation of Mississippi public records law.

3. **Common Law Fraud and Civil Conspiracy**

   - Coordination among actors to deprive rightful heirs of property through misrepresentation, omissions, and unlawful record handling.

## IV. WHISTLEBLOWER RETALIATION PROTECTIONS

1. **Federal Whistleblower Protections – 5 U.S.C. § 2302 (for federal contractors)**

   - If Plaintiff was serving in a federal contracting role, retaliatory actions against her for exposing corruption and illegal record concealment are protected under federal whistleblower statutes.

2. **Mississippi Whistleblower Act – Miss. Code Ann. § 25-9-171 et seq.**

   - Plaintiff's reports of governmental misconduct are protected activities. Defendants' retaliatory conduct may violate state-level whistleblower laws.

**D.**


**Defendant Clinton L. Morris,** a Florida-based real estate broker, acted in concert with Mississippi probate staff and unknown parties to unlawfully divert ownership and title of estate properties belonging

to minority families, including that of Plaintiff's family. Through off-record coordination with a woman fraudulently claiming heirship to the Sylvester Pittman estate, and by leveraging inside access to non-public probate files, he knowingly participated in a scheme to defraud rightful heirs. These acts were taken in collusion with state actors, thereby subjecting him to liability under 42 U.S.C. §§ 1983 and 1985.

**Lesley Sefton**

Participated in probate file suppression or unauthorized redirection of cases under her legal duties. Her official role links her to violations conducted under authority.

**Angela Thrash [Chief Duty Clerk, Harrison County Chancery Clerk Office]**

Acted under color of state law in her official capacity by **removing, transferring, and obstructing probate files**, including those related to minority estates, while executing her official clerk duties. Her actions directly interfered with public access to court records and legal redress.

**Janice Carter**

Acted under color of law by providing unauthorized access to estate documents and facilitating transfer or withholding of legal documents. She used her clerkship position to mislead beneficiaries and obstruct legal process. Had a document runner to follow me

**Derrick Fields**

Used his position to suppress audit information, prevent file access, and intentionally omit Redmond-related files from public access and audit records—all while performing his public duty, thereby violating public trust and constitutional rights.

**Tracy D. Thompson**

Under color of law, she used her role to deny rightful heirs estate information and **intentionally withheld or misfiled documents**, acting in her official capacity to interfere with due process.

**Defendant Teresa L. Martin**, using the alias Ethel Pittmann, knowingly and willfully engaged in a conspiracy to defraud the estate of Sylvester Pittman. Despite no legal documentation of marriage to Mr. Pittman, she presented herself as a rightful heir. She obtained confidential estate files from a state actor, Janice Carter, bypassing formal legal procedure, and participated in the wrongful seizure of Plaintiff's family land.

**Defendant Alvin Chase**, an attorney who formerly handled estate proceedings, failed in his duty to provide honest and professional services by misrepresenting the heirship, failing to respond to rightful heirs, and facilitating access to court records by unqualified third parties. His silence and inaction in the face of ongoing estate fraud amount to conspiracy under 42 U.S.C. § 1985.

### III. Statement of claim

### FACTUAL ALLEGATIONS

Plaintiff, **Portia "Mary"Sheree Pittman**, brings this action based on firsthand experiences and independent investigation revealing systemic obstruction, fraud, and racial discrimination in the handling

of probate and estate matters by officials and third parties under color of state law in **Harrison County, Mississippi**, and associated federal violations.

Following the death of her father, **James Eugene Pittman Sr.**, Plaintiff discovered that the probate estate of her grandfather, **Sylvester Pittman**, was never properly processed, despite assurances from trusted family attorney **James E. Redmond**, now deceased. The Plaintiff personally witnessed her father submit estate-related documentation to courthouse officials and a judge referred to as "RC," believed to be involved with restricted estate files.

Upon further investigation, Plaintiff uncovered that after Redmond's death, **at least 45 probate cases**, primarily involving African American and Indigenous families, were misclassified as "inactive," "unlocatable," or labeled **"red label"**, hidden away in a restricted file system in **Gulfport. Six additional red-labeled cases**, including her grandfather's, were confirmed to exist in **Biloxi**, and at least one was unlawfully transferred between courthouses on **June 12, 2025**, by Deputy Clerk **Angela**, without notice, under directive from individuals impersonating judicial authority, including a figure known as "Judge Chambers," who may be deceased or fictitious.

Multiple confidential military contacts, some with Pentagon-level clearance, assisted the Plaintiff in uncovering aspects of this operation, including covert communications between **Janice Carter** (probate staff) and **Teresa L. Martin** (a.k.a. Ethel Pittmann), an undocumented individual from **Trinidad**. Ms. Martin allegedly obtained estate documentation outside official channels, and unlawfully took over Plaintiff's family home, discarding or destroying heirlooms and federal evidence, including items belonging to **military veteran Wade**, whose estate was also mishandled. Plaintiff has since become displaced and followed by individuals tied to this conspiracy.

Plaintiff further discovered involvement by **two Certified Public Accounting (CPA) firms** who audit estate financials and probate activity. Their collaboration with internal officials and manipulation of public records strongly suggests the **Mississippi State Auditor's Office** is also compromised. However, Plaintiff lacks the full manpower to complete the investigation. Due to security clearance restrictions, many of her military allies cannot publicly testify or provide affidavits.

This is a broad, systemic violation involving actors both **internal and external** to the court system who knowingly violated the Plaintiff's due process rights, conspired to deprive her of her family's legacy, and obstructed multiple estate claims for personal or political gain. These actions have triggered violations under:

- **42 U.S.C. §§ 1983, 1985**
- **18 U.S.C. §§ 241, 242, 1341 (Mail Fraud), 1519 (Falsifying Records)**
- **RICO – 18 U.S.C. §§ 1961 et seq.**
- **Mississippi Code Title 91**
- **Federal and State Whistleblower Protections**

IV. Injuries:

Plaintiff **Portia Sheree' Pittman**, acting also on behalf of heirs **Diondra Noel Pittman** and **James Eugene Pittman Jr.**, has suffered, and continues to suffer, the following injuries as a direct and proximate result of the defendants' actions carried out under color of state law:

- **Wrongful displacement** from her rightful residence at **245 Lee Street**, where she was living without eviction or due process;

- **Destruction, theft, or removal of sentimental and personal property** from all three ancestral properties:
    - **205 Keller Ave,**
    - **245 Lee Street,** and
    - **534/546 Peyton Drive;**
- **Illegal occupation** of said premises by individuals with no lawful claim, facilitated by state actors who knowingly obstructed and concealed documentation;
- **Emotional distress and trauma** caused by the loss of irreplaceable property, family heirlooms, and the violation of her housing and property rights;
- **Economic losses** from forced travel, independent investigations, property maintenance costs (including those paid to third-party contractor Howie McGee of Pops Lawn Service & Care), and inability to access inherited property;
- **Loss of rightful inheritance** by **Diondra Noel Pittman** and **James Eugene Pittman Jr.**, stemming from the suppression of estate records and obstruction of probate filings;
- **Ongoing surveillance, harassment, and fear for personal safety**, especially while traveling with a minor child;
- **Potential wrongful death of her father, James E. Pittman Sr.,** on **September 9, 2022**, under questionable circumstances while awaiting estate action — this remains under active investigation, and findings will be announced in supplemental pleadings.

## V. Relief:

The Plaintiff respectfully asks the Court to:

1. **Acknowledge and formally recognize** the deprivation of her constitutional rights and the systemic mishandling of estate and probate records by government employees acting under their official roles;

2. **Order the immediate unsealing, return, and correction** of all red-labeled and unlawfully withheld probate files connected to the Sylvester Pittman estate and similarly situated heirs, including but not limited to those belonging to the families of veterans and African-American descendants impacted between 2010–2025;

3. **Restore full access and title rights** to Plaintiff and rightful heirs over the following properties:
    - 245 Lee Street,
    - 205 Keller Ave,
    - 534 Peyton Drive,
    - 546 Peyton Drive;

4. **Award actual damages** for loss of property, emotional distress, housing displacement, and economic loss in the amount of **$2 million** ;

5. **Award punitive damages** in the amount of **$20 million**, due to the willful, knowing, and racially motivated suppression of Plaintiff's legal filings, destruction of documentation, and involvement in coordinated deception that harmed military families and defrauded rightful heirs

6. **Order immediate injunctive relief** preventing the further destruction or concealment of estate, probate, or heirship documentation by Harrison County officials or their agents;

7. **Grant Plaintiff leave to amend and supplement this complaint** as additional evidence, witnesses, and case files are uncovered;

8. **Any other relief this Court deems just, equitable, and necessary** to restore justice to those affected.